

```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #: _____
                                                          DATE FILED: 10/11/17
```

## CASEY & BARNETT, LLC
### ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS *

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

jpk@caseybarnett.com
Direct: 646-362-8925

October 11, 2017

**MEMO ENDORSED**

The Application is granted. The Conference is adjourned to Oct. 19, 2017 at 10:30 A.M.

SO ORDERED:

_/s/ Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: Oct. 11, 2017

**VIA ECF AND FACSIMILE- (212) 805-7986**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:  Hartford Fire Ins. Co. a/s/o Mark Fisher LLC v. Kesco Logistics, Inc.
     Docket No. 17 CV 04569 (PGG)
     Our ref:     464-30

Honorable Paul G. Gardephe:

    We are counsel for Plaintiff in the captioned matter and submit this joint letter in after discussing with counsel for Defendant the status of his efforts in addressing the settlement proposal counsel previously mentioned in our Joint Letter Motion to Your Honor seeking a one (1) week adjournment of the Initial Conference which was scheduled before Your Honor on Thursday, October 5, 2017, at 11:15 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. [document # 15]. Your Honor granted the joint letter motion and adjourned the Initial Conference to October 12, 2017 [document # 16].

    We have been awaiting confirmation from Defendant's counsel confirming their agreement to the proposed settlement figure both counsel have recommended and anticipated the confirmation would be forthcoming before the adjourned conference date. Unfortunately, defense counsel advises getting the final confirmation has taken longer than anticipated because there are three (3) parties involved in the discussions with the defendant – Kesco US, Kesco HK and the insurer for Kesco. If the parties are permitted one more and final adjournment for a week Defense counsel believe this matter will be resolved. Accordingly, the parties respectfully request that the Court adjourn the Initial Pre-trial conference for one more week by which time we expect the settlement can be confirmed to the Court. The parties will confirm the settlement to the Court once word is received from overseas.

    The parties thank Your Honor for your kind attention to the foregoing and respectfully request that Your Honor grant the additional one week adjournment of the Initial Conference so the parties may confirm the settlement to the Court during the interim.

Honorable Paul G. Gardephe  
United States District Court  
Southern District of New York                                        Page 2

                                              Respectfully submitted,

                                              **CASEY & BARNETT, LLC**

                                              James P. Krauzlis

cc:    **VIA ECF AND EMAIL**  
        REISMAN, RUBEO, McCLURE & ALTMAN, LLP  
        151 Broadway  
        Hawthorne, New York 10532  
        Richard S. Altman, Esq,  
        Attorneys for Defendant  
        Kesco Logistics, Inc.